**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Charles R. Morrow, Jr.,                                        Civil No. 05-516 (DWF/AJB)

           Plaintiff,

v.                                                   **ORDER AND MEMORANDUM**

State of Minnesota,

           Defendant.

___

Charles R. Morrow, Jr., *Pro Se*, Petitioner.

Michael K. Junge, McLeod County Attorney, and Thomas R. Ragatz, Assistant Attorney General Minnesota Attorney General's Office, counsel for Respondent.

___

This matter is before the Court upon Petitioner Charles R. Morrow, Jr.'s, self-styled objection to Respondent's motion for substitution of counsel.  On July 22, 2005, Michael Junge, the McLeod County Attorney, consented to act as counsel for the State of Minnesota in the above-entitled action in place of the Minnesota Attorney General.  Petitioner objects to the substitution of counsel in a letter of August 8, 2005.

Based upon the presentations of Petitioner; the Court having reviewed the procedural history of the file, as well as the documents filed by the Petitioner; and the Court being duly advised in the premises, the Court hereby enters the following:

**ORDER**

1.	Petitioner's self-styled objection (Doc. No. 12) to Respondent's motion for substitution of counsel (Doc. No. 11) is **DENIED**.

2.	The Court finding no prejudice to the Petitioner because of the substitution of counsel of the McLeod County Attorney for counsel of the Minnesota Attorney General, the Court hereby approves the substitution.

Dated:  November 1, 2005	s/Donovan W. Frank
	DONOVAN W. FRANK
	Judge of United States District Court

### MEMORANDUM

It is not entirely clear to this Court the basis for Petitioner Charles R. Morrow, Jr.'s, objection to Respondent's substitution of counsel.  Whether it is clear to the Court or not, it is clear that there is no prejudice to the Petitioner by the McLeod County Attorney substituting for the Minnesota Attorney General.  Consequently, the Court has denied Petitioner's objection to Respondent's substitution of counsel.

D.W.F.